THE CONNECTICUT LIGHT AND POWER COMPANY *v.*
DOUGLAS M. COSTLE, ACTING COMMISSIONER,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Anthony M. Fitzgerald,* in support of the petition.
*Richard F. Webb,* assistant attorney general, in opposition.

Submitted March 19—decided March 21, 1979

THERESA M. FERRO *v.* THOMAS MORGAN

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*P. J. Pittman,* in support of the petition.

*Jane S. Scholl,* assistant attorney general, in opposition.

Submitted March 9—decided April 3, 1979

JOHN R. DAVIDSON ET AL. *v.* TOWN PLAN COMMISSION
OF THE TOWN OF SIMSBURY ET AL.

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Richard Goodman,* in support of the petition.

*Robert F. Welk* and *Palmer S. McGee, Jr.,* in opposition.